UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| WILLIAM WARREN BOOTH, ) | |
| ) | CASE NO.: 3:15-CV-00255-RCJ-WGC |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| EILEEN BURILSON and JAMES WALSH, ) | |
| ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #3) entered on June 19, 2015, in which the Magistrate Judge recommends the Court dismiss this action with prejudice for failure to state a claim upon which relief may be granted. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #3).

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS SO ORDERED this 8th day of July, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE