UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| WILLIAM WARREN BOOTH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EILEEN BURLISON, et al.,<br><br>　　　　Defendants. | 3:15-cv-00255-RCJ-WGC<br><br>**ORDER** |

　　　　On May 14, 2015, Plaintiff William Warren Booth filed a civil rights complaint. On July 8, 2015, the Court dismissed the case with prejudice based on the report and recommendation of the magistrate judge because the complaint failed to state a claim upon which relief may be granted. (*See* ECF Nos. 3, 4). The clerk sent the order dismissing the case to Plaintiff, but it returned as undeliverable. (*See* ECF No. 5). On January 29, 2016, the magistrate judge received a letter from Plaintiff indicating that he was not able to file an appeal of the order because he was incarcerated. (*See* ECF No. 6). He asked whether he could still appeal the ruling. (*Id.*). On March 10, 2016, Plaintiff filed a Motion to Reopen the Time to File an Appeal (ECF No. 7).

　　　　Under Federal Rule of Appellate Procedure 4(a)(6), a district court may reopen the time to file an appeal if the following three conditions are satisfied: (1) the party did not receive notice of the order within 21 days after entry; (2) the motion to reopen is filed either within 180 days

after the order is entered or within 14 days after the party receives notice of the entry; and (3) the Court finds that no party would be prejudiced.

The Court must deny the motion to reopen because the second condition of Rule 4(a)(6) is not satisfied. Plaintiff received notice of the order as of at least January 29, 2016 when the Court received his letter. The same day, the clerk mailed the order to the new address Plaintiff provided in the letter. More than 180 days passed from the day the Court entered the order until the day Plaintiff filed the motion. Also, more than 14 days passed from the day Plaintiff received notice of the order until he filed the motion on March 10, 2016. The Court denies the motion.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reopen the Time to File an Appeal (ECF No. 7) is DENIED.

IT IS SO ORDERED.

DATED: This 12th day of April, 2016.

_____
ROBERT C. JONES
United States District Judge